UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DEBRA F. BARBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  2:11CV60  HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee.  *See* 28 U.S.C. § 1915.  Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 7th day of September, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE